UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

UNITED STATES OF AMERICA )
    *Plaintiff* )
     )   NO. 1:08-CR-51
v. )   *Jordan/Lee*
     )
MICHAEL KELLEY )
    *Defendant* )

REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on March 27,

2009. At the hearing, defendant entered a plea of guilty to Counts One and Two of the

Superseding Indictment in exchange for the undertakings made by the government in the written

plea agreement.  On the basis of the record made at the hearing, I find that the defendant is fully

capable and competent to enter an informed plea; that the plea is made knowingly and with full

understanding of each of the rights waived by defendant; that it is made voluntarily and free from

any force, threats, or promises, apart from the promises in the plea agreement; that the defendant

understands the nature of the charge and penalties provided by law; and that the plea has a

sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Counts One and Two of the

Superseding Indictment be accepted, that the Court adjudicate defendant guilty of the charges set

forth in Counts One and Two of the Superseding Indictment , and that the written plea agreement

be accepted at the time of sentencing.  I further recommend that defendant remain in custody

until sentencing in this matter.  Acceptance of the plea, adjudication of guilt, acceptance of the

1

plea agreement, and imposition of sentence are specifically reserved for the district judge.

The defendant's sentencing date is scheduled for **Monday, July 6, 2009, at 10:30 am**

**EST in Chattanooga**.


Dated:  March 27, 2009                              *s/William B. Mitchell Carter*
                                                    UNITED STATES MAGISTRATE JUDGE



NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the plea hearing.  Failure to file objections  within ten days constitutes a waiver of any further right to challenge the plea of guilty in this matter.  *See* 28 U.S.C. §636(b).

2