IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:08-CR-51 |
| | ) | |
| MICHAEL KELLEY | ) | |

**O R D E R**

This criminal case is before the court on the Report and Recommendation of Magistrate Judge William B. Mitchell Carter that the defendant's plea of guilty to Counts One and Two of the Superseding Indictment be accepted [doc. 289]. On March 27, 2009, Magistrate Judge Carter conducted a change-of-plea hearing and found that the defendant was competent to enter a plea; that the plea was knowing and voluntary; and that the plea had a sufficient basis in fact.

No objections to the Report and Recommendation were filed within the time allowed. Therefore, the court **ACCEPTS** and **ADOPTS** the magistrate judge's Report and Recommendation in its entirety, and the defendant's plea of

guilty is **ACCEPTED**.  The defendant shall remain in custody.  The sentencing hearing is set for **July 6, 2009, at 10:30 a.m.** in Chattanooga.

ENTER:

       *s/ Leon Jordan*
United States District Judge