UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | | |
|---|---|---|---|
| MICHAEL KELLEY | ) | | |
| | ) | | |
| | ) | | |
| v. | ) | No. | 1:13-cv-70/1:08-cr-51 |
| | ) | | *Judge R. Leon Jordan* |
| UNITED STATES OF AMERICA | ) | | |

## <u>ORDER</u>

Federal prisoner Michael Kelley ("Kelley") filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Criminal Court File No. 376).[1] On June 27, 2014, the Court denied Kelley's § 2255 motion (Criminal Court File Nos. 396 & 397). The Court also denied Kelley a certificate of appealability after concluding he failed to make a substantial showing that reasonable jurists could differ with the Court's conclusion that his § 2255 motion lacked merit (Criminal Court File No. 397).

This matter is before the Court on Kelley's motion requesting the Court to reconsider its denial of a certificate of appealability (Criminal Court File No. 401). Kelley's motion to reconsider is hereby **DENIED** as **MOOT** for the reasons expressed by the Court in its memorandum and judgment order of June 27, 2014 (Criminal Court File No. 401). The Clerk of Court **SHALL** transmit a certified copy of this order to the United State Court of Appeals for the Sixth Circuit.

**IT IS SO ORDERED:**

ENTER:

s/ Leon Jordan
United States District Judge

---

[1]     Each document will be identified by the Court File Number assigned to it in the underlying criminal case.